```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS

ANGELA MAGGIACOMO,                )
                                  )
        Plaintiff,                )
                                  )      C.A. Nos. 07-10576-DPW
        v.                        )                07-10623-DPW
                                  )                07-10624-DPW
DEWAYNE RUARK, et al.,            )
                                  )
        Defendants.               )
```

FINAL ORDER OF DISMISSAL

In accordance with the Order dated March 10, 2008, dismissing these actions for the reasons stated therein, it is hereby ORDERED that the above-captioned matters are dismissed in their entirety.

Date: March 10, 2008                    By the Court,

                                        /s/ Jeanette McGlamery
                                        Deputy Clerk